UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SAMUEL RYAN,

            Petitioner,

v.

MAGGIE MILLER-STOUT,

            Respondent.

Case No. C12-727 JCC-BAT

**REPORT AND RECOMMENDATION**

*Pro se* petitioner Samuel Ryan moves to stay his 28 U.S.C. § 2254 habeas petition because he has a personal restraint petition ("PRP") pending in state court and has not yet exhausted state-court remedies. (Dkt. 9.) Respondent does not oppose petitioner's motion but asks that petitioner provide her and the Court with a certificate of finality at the conclusion of the state PRP proceeding to indicate that the stay should be lifted. (Dkt. 10.)

The Court finds that the parties have demonstrated good cause for staying the present matter as a "protective" habeas petition in light of petitioner's risk of running afoul of the federal, one-year statute of limitations. *See Pace v. DiGuglielmo*, 544 U.S. 408, 416 (2005). Mr. Ryan refers to having more than one prior state PRP rejected on the merits. (Dkt. 6, at 3–4.) Should his currently pending state PRP be rejected on procedural grounds, there is a real possibility that a future habeas petition would be time-barred in federal court if, rather than staying this matter, the

REPORT AND RECOMMENDATION- 1

1 | Court were to dismiss the current habeas petition.  *See* 28 U.S.C. § 2244(d)(1)–(2) (providing that the federal statute of limitations is tolled only during the pendency of a "properly filed" PRP).

The Court recommends **GRANTING** petitioner's unopposed motion to stay and abey the proceedings until his pending state-court PRP proceeding is completely adjudicated.  (Dkt. 9.) The Court also recommends: **(1)** directing **respondent** and **petitioner** each to file a status report with Magistrate Judge Brian A. Tsuchida every ninety (90) days, beginning ninety (90) days from the date of the order adopting this Report and Recommendation; **(2)** directing **petitioner** to send to respondent and to the Court a copy of the certificate of finality for his currently pending state PRP within fourteen (14) days of receiving it; and **(3)** striking all pending deadlines, and providing that respondent need not file an Answer to the federal habeas petition until forty-five (45) days after the stay of proceedings is lifted.

As the respondent does not oppose petitioner's motion, the Court recommends if this recommendation is adopted, that it be approved immediately.  A proposed order accompanies this Report and Recommendation.

DATED this 24th day of May, 2012 .

BRIAN A. TSUCHIDA
United States Magistrate Judge