THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SAMUEL RYAN,<br><br>                    Petitioner,<br><br>         v.<br><br>MAGGIE MILLER-STOUT,<br><br>                    Respondent. | CASE NO. C12-0727-JCC<br><br>**ORDER GRANTING PETITIONER'S UNOPPOSED MOTION TO STAY** |

Having reviewed the Report and Recommendation of United States Magistrate Judge Brian A. Tsuchida, Petitioner's 28 U.S.C. § 2254 habeas petition, and the entire record, the Court **ORDERS** as follows:

1. The Report and Recommendation (Dkt. No. 11) is **ADOPTED**;

2. Petitioner's unopposed motion to stay the current matter until his currently pending state-court personal restraint proceeding is completely adjudicated (Dkt. 9) is **GRANTED**;

3. Respondent and petitioner are each **DIRECTED** to file a status report with Magistrate Judge Brian A. Tsuchida every **ninety (90) days**, beginning ninety (90) days from the date of this Order;

4. Petitioner is **DIRECTED** to send to respondent and to the Court a copy of the certificate of finality for his currently pending state PRP within **fourteen (14) days** of receiving it;

PAGE - 1

5. All pending deadlines are **STRICKEN**, and respondent need not file an Answer to the federal habeas petition until **forty-five (45) days** after the stay of proceedings is lifted; and

6. The Clerk of Court is **DIRECTED** to send copies of this Order to petitioner and to Magistrate Judge Tsuchida.

DATED this 29th day of May 2012.

John C. Coughenour
UNITED STATES DISTRICT JUDGE