THE HONORABLE JOHN C. COUGHENOUR

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

SAMUEL RYAN,

                        Petitioner,

10
11
12

     v.

MAGGIE MILLER-STOUT,

                        Respondent.

CASE NO. C12-0727-JCC

**ORDER GRANTING
PETITIONER'S SECOND
UNOPPOSED MOTION TO STAY**

13
14
15
16
17
18

    Having reviewed the Report and Recommendation of United States Magistrate Judge Brian

A. Tsuchida, Petitioner's 28 U.S.C. § 2254 habeas petition, and the entire record, the Court

**ORDERS** as follows:

19

    1. The Report and Recommendation (Dkt. No. 19) is **ADOPTED**;

20

    2. Petitioner's unopposed motion to stay the current matter until his currently pending state-court personal restraint proceeding is completely adjudicated (Dkt. 17) is **GRANTED**;

21
22

    3. Respondent and Petitioner are each **DIRECTED** to file a status report with Magistrate Judge Brian A. Tsuchida every **ninety (90) days**, beginning ninety (90) days from the date of this Order;

23
24

    4. Petitioner is **DIRECTED** to send to Respondent and to the Court a copy of the mandate for his currently pending Criminal Rule 7.8 motion within **fourteen (14) days** of receiving it;

25
26

    5. All pending deadlines are **STRICKEN**, and respondent need not file an Answer to the federal habeas petition until **forty-five (45) days** after the stay of proceedings is lifted; and

6. The Clerk of Court is **DIRECTED** to send copies of this Order to Petitioner and to Magistrate Judge Tsuchida.

DATED this 28th day of June 2012.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

PAGE - 2