THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| SAMUEL RYAN,<br><br>Petitioner,<br><br>v.<br><br>MAGGIE MILLER-STOUT,<br><br>Respondent. | CASE NO. C12-0727-JCC<br><br>**ORDER GRANTING PETITIONER'S SECOND UNOPPOSED MOTION TO STAY** |

Having reviewed the Report and Recommendation of United States Magistrate Judge Brian A. Tsuchida, Petitioner's 28 U.S.C. § 2254 habeas petition, and the entire record, the Court **ORDERS** as follows:

1. The Report and Recommendation (Dkt. No. 19) is **ADOPTED**;

2. Petitioner's unopposed motion to stay the current matter until his currently pending state-court personal restraint proceeding is completely adjudicated (Dkt. 17) is **GRANTED**;

3. Respondent and Petitioner are each **DIRECTED** to file a status report with Magistrate Judge Brian A. Tsuchida every **ninety (90) days**, beginning ninety (90) days from the date of this Order;

4. Petitioner is **DIRECTED** to send to Respondent and to the Court a copy of the mandate for his currently pending Criminal Rule 7.8 motion within **fourteen (14) days** of receiving it;

5. All pending deadlines are **STRICKEN**, and respondent need not file an Answer to the federal habeas petition until **forty-five (45) days** after the stay of proceedings is lifted; and

PAGE - 1

6. The Clerk of Court is **DIRECTED** to send copies of this Order to Petitioner and to Magistrate Judge Tsuchida.

DATED this 28th day of June 2012.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

PAGE - 2