UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SAMUEL RYAN,

                Petitioner,

   v.

MAGGIE MILLER-STOUT,

                Respondent.

Case No. C12-727 JCC-BAT

**REPORT AND RECOMMENDATION**

Petitioner Samuel Ryan filed a federal habeas corpus petition in May 2012. Dkt. 6. On June 27, 2012 this Court granted Mr. Ryan's second request for stay and directed filing of status reports every ninety days. Dkt. 19 and 20. On November 30, 2015, Mr. Ryan informed the Court that his state court proceedings are now complete and he requests the Court lift the stay and grant him a sixty day extension to file his petition and memorandum. Dkt. 57 and 58. Respondent has no objection to the requested extension. Dkt. 60.

The Court recommends **GRANTING** petitioner's unopposed motion to lift the stay and for an extension of time (Dkt. 57 and 58). The Court also recommends the following briefing schedule: (1) petitioner to file a memorandum in support of his habeas petition by **February 16, 2016**; (2) respondent to file and serve an answer to the petition by **March 28, 2016**; (3) petitioner to file a reply, if any, by **April 1, 2016**; and (4) the petition noted as ready for the Court's

REPORT AND RECOMMENDATION- 1

1  consideration on **April 1, 2016.**

2      As respondent does not oppose the motion, the Court recommends if this recommendation is

3  adopted, that it be approved immediately.  A proposed order accompanies this Report and

4  Recommendation.

5      DATED this  9th   day of December, 2015.

                                    BRIAN A. TSUCHIDA
                                    United States Magistrate Judge

REPORT AND RECOMMENDATION- 2