THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SAMUEL RYAN,<br><br>          Plaintiff,<br><br>     v.<br><br>MAGGIE MILLER-STOUT,<br><br>          Defendant. | CASE NO. C12-727-JCC-BAT<br><br>ORDER LIFTING STAY AND<br>SETTING CASE DEADLINES |

The Court, having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, the 28 U.S.C. § 2254 petition, and the entire record, ORDERS as follows:

1. The Report and Recommendation is ADOPTED. Petitioner's motions (Dkt. 57 and 58) are GRANTED and the stay is LIFTED.

2. Petitioner shall file a memorandum in support of his habeas petition by February 16, 2016; respondent shall file and serve an answer to the petition by March 28, 2016; petitioner may file a reply by April 1, 2016; and the Clerk shall note the habeas petition as ready for the Court's consideration on April 1, 2016.

3. The Clerk shall send a copy of this Order to the parties and to Judge Tsuchida.

DATED this 11th day of December 2015.

John C. Coughenour
UNITED STATES DISTRICT JUDGE